TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
COLIN A. KISOR (DC 497145)
Senior Litigation Counsel
LANA L. VAHAB (DC 976203)
Trial Attorney
Office of Immigration Litigation
Civil Division, Justice Department
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067
Fax: (202) 305-7000
Email: lana.vahab@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SABIA KHAN, ) | No. C 3:11-cv-2391 |
| Plaintiff, ) | |
| ) | **JOINT STIPULATION TO RESET** |
| v. ) | **DEFENDANTS' ANSWER DATE;** |
| ) | **ORDER** |
| CAMERON MUNTER, ) | |
| U.S. Ambassador to Pakistan, *et al.*, ) | |
| Defendants. ) | |

Through their respective counsel, the parties hereby agree and stipulate as follows:

    1. Plaintiff, Sabia Khan, filed his Complaint on May 16, 2011, and served it on Defendants on July 26, 2011. In her Complaint, Plaintiff seeks a writ of mandamus ordering Defendant Cameron Munter, U.S. Ambassador to Pakistan to adjudicate her childrens' visa applications.

    2. Defendants' answer or responsive pleading is due on September 23, 2011.

JOINT STIPULATION TO RESET DEFENDANTS ANSWER DATE
Case No. C 3:11-cv-2391

3. The agency is investigating Plaintiff's claims and there is a possibility that they may become moot through agency action. In the event the dispute is so resolved, Plaintiff would dismiss this action.

4. Because this action may be resolved without judicial intervention and in the interest of judicial economy, Defendants request, and Plaintiff agrees to extend the deadline for the responsive pleading by thirty (30) days, to **October 23, 2011**, within which the Defendants must file and serve their answer or responsive pleading.

5. If the parties resolve their dispute before October 23, 2011, they will notify the Court accordingly.

DATED: September 20, 2011    Respectfully submitted,

*/s/Lana Lunskaya Vahab*
LANA LUNSKAYA VAHAB
Trial Attorney
United States Department of Justice
Civil Division,
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067
Fax: (202) 305-7000
E-mail: lana.vahab@usdoj.gov

**Counsel for Defendants**


*/s/Joseph J. Siguenza*
Law Offices of Ashwani K. Bhakhri
1299 Bayshore Hwy., Ste 208
Burlingame, CA 94010
Suite 1035
(650) 685-6334
Email: bhakhrilaw2004@yahoo.com

**Counsel for Plaintiff**

JOINT STIPULATION TO RESET DEFENDANTS ANSWER DATE
Case No. C 3:11-cv-2391                    2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED. |
| 3 | Date: 09/21/11 |
| 4 | JOSEPH C. SPERO<br>Magistrate Judge |

Case3:11-cv-02391-JCS Document12 Filed09/20/11 Page3 of 3

JOINT STIPULATION TO RESET DEFENDANTS ANSWER DATE
Case No. C 3:11-cv-2391                              3